1  RON E. SHULMAN (Bar No. 178263)
   ron.shulman@lw.com
2  BOB STEINBERG (Bar No. 126407)
   bob.steinberg@lw.com
3  LATHAM & WATKINS LLP
   140 Scott Drive
4  Menlo Park, CA 94025
   Telephone:  650-328-4600
5  Facsimile:  650-463-2600

6  LAWRENCE J. GOTTS (*pro hac vice*)
   lawrence.gotts@lw.com
7  BERT C. REISER (*pro hac vice*)
   bert.reiser@lw.com
8  LATHAM & WATKINS LLP
   555 Eleventh Street NW, Suite 1000
9  Washington, DC 20004-1304
   Telephone:  202-637-2200
10 Facsimile:  202-637-2201

11 JULIE M. HOLLOWAY (Bar No. 196942)
   julie.holloway@lw.com
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, CA 94111-6538
   Telephone:  415-391-0600
14 Facsimile:  415-395-8095

15 Attorneys for
   AU OPTRONICS CORPORATION and
16 AU OPTRONICS CORPORATION AMERICA

17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AU OPTRONICS CORPORATION *et al.*, | Case No. C-11-3170 EMC |
|---|---|
| Plaintiff, | **STIPULATION PURSUANT TO CIVIL L.R. 6-1(A) FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR AUO PARTIES TO RESPOND TO SAMSUNG'S COUNTERCLAIMS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. *et al.*, | |
| Defendants, | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Civil L.R. 6-1(a), AU Optronics Corporation and AU Optronics Corporation America (collectively "AUO"); Samsung Electronics Co., Ltd. ("Samsung"); AT&T Mobility LLC; Best Buy Stores, L.P.; BestBuy.com, LLC; Best Buy Purchasing, LLC; Interbond Corporation of America d/b/a BrandsMart U.S.A.(collectively "Samsung Customer Defendants"); SANYO Electric Co., Ltd.; SANYO Manufacturing Corporation; Acer America Corporation; Acer Inc.; BenQ America Corp.; and BenQ Corp. (collectively "AUO Customer Counterclaim Defendants") stipulate: (1) to extend the time within which Samsung Customer Defendants are permitted to answer or otherwise respond to AUO's First Amended Complaint for Patent Infringement in this action; and (2) to extend the time within which AUO and AUO Customer Counterclaim Defendants are permitted to answer or otherwise respond to Samsung's Counterclaims.  The stipulated response date is December 1, 2011.  This will not alter any deadlines fixed by the Court.  In addition, any parties to this stipulation that have not been served waive the requirement that they be served with a summons pursuant to Fed. R. Civ. P. 4.

**Filer's Attestation:**  Pursuant to General Order No. 45, Section X.B regarding signatures, Bob Steinberg hereby attests that concurrence in the filing of this document has been obtained from the other signatories listed below.

Dated:  October 6, 2011                          LATHAM & WATKINS LLP

                                                 By:     /S/ - Bob Steinberg
                                                         Bob Steinberg

                                                 Attorneys for Plaintiffs
                                                 AU OPTRONICS CORPORATION and
                                                 AU OPTRONICS CORPORATION AMERICA

| | |
|---|---|
| 1 | O'MELVENY AND MYERS LLP |
| 2 | By:   /S/ - Marcus Quintanilla |
|   | Marcus Quintanilla |
| 3 | |
| 4 | Attorneys for Defendants |
|   | SAMSUNG ELECTRONICS CO., LTD.; |
|   | SAMSUNG ELECTRONICS AMERICA, INC.; |
| 5 | AT&T MOBILITY LLC; BEST BUY STORES, L.P.; |
|   | BESTBUY.COM, LLC; BEST BUY PURCHASING, LLC; |
| 6 | and INTERBOND CORPORATION OF AMERICA d/b/a |
|   | BRANDSMART U.S.A. |
| 7 | |
| 8 | WILSON SONSINI GOODRICH & ROSATI |
| 9 | By:   /S/ - S. Michael Song |
|   | S. Michael Song |
| 10 | |
| 11 | Attorneys for Defendants |
|   | ACER INC., |
|   | ACER AMERICA CORPORATION, |
| 12 | BENQ CORP., and |
|   | BENQ AMERICA CORP. |
| 13 | |
| 14 | KATTEN MUCHIN ROSENMAN LLP |
| 15 | By:   /S/ - Michael A. Dorfman |
|   | Michael A. Dorfman |
| 16 | |
| 17 | Attorneys for Defendants |
|   | SANYO ELECTRIC CO., LTD. and |
|   | SANYO NORTH AMERICA CORPORATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10/13/2011

IT IS SO ORDERED

Judge Edward M. Chen